Honorable Franklin D. Burgess

UNITED STATED DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON, AT TACOMA

| | |
|---|---|
| EMPLOYEE PAINTERS TRUST HEALTH & WELFARE FUND, WESTERN WASHINGTON PAINTERS DEFINED CONTRIBUTION PENSION TRUST, WESTERN WASHINGTON APPRENTICESHIP AND TRAINING TRUST, WESTERN WASHINGTON PAINTERS LABOR MANAGEMENT COOPERATION TRUST FUND, INTERNATIONAL UNION OF PAINTERS & ALLIED TRADES PENSION FUND AND INTERNATIONAL UNION OF PAINTERS & ALLIED TRADES DISTRICT COUNCIL NO. 5, <br><br>                    Plaintiffs,<br>vs.<br><br>STEPHEN J. LIOTTA and "JANE DOE" LIOTTA, husband and wife and the marital community comprised thereof; MICHAEL B. SHACKETT and "JANE DOE" SHACKETT, husband and wife and the marital community comprised thereof; and NORTH SHORE GENERAL CONTRACTORS, INC., a Washington corporation,<br><br>                    Defendants,<br>and<br><br>COLUMBIA STATE BANK,<br><br>                    Garnishee. | **CAUSE NO.**: MS05-5010<br><br>NOTICE AND ORDER OF VOLUNTARY DISMISSAL OF GARNISHMENT PROCEEDINGS |

NOTICE & ORDER OF VOL DISMISSAL OF GARNISHMENT PROCEEDINGS - CASE NO. MS05-5010
PAGE 1 OF 4

EKMAN, BOHRER & THULIN, P.S.
QUEEN ANNE SQUARE
220 WEST MERCER ST., SUITE 400
SEATTLE, WASHINGTON 98119
TELEPHONE (206) 282-8221
FAX (206) 285-4587

TO: CLERK OF THE COURT

**NOTICE IS HEREBY GIVEN** that Plaintiffs Employee Painters Trust Health & Welfare Fund, Western Washington Painters Defined Contribution Pension Trust, Western Washington Apprenticeship and Training Trust, Western Washington Painters Labor Management Cooperation Trust Fund, International Union of Painters & Allied Trades Pension Fund and International Union of Painters & Allied Trades District Council No. 5 voluntarily dismiss the above-entitled garnishment action against Defendant Stephen J. Liotta and "Jane Doe" Liotta, husband and wife and the marital community comprised thereof; Michael B. Shackett and "Jane Doe" Shackett, husband and wife and the marital community comprised thereof; and North Shore General Contractors, Inc., a Washington corporation and Garnishee Columbia State Bank.

## ORDER

**IT IS HEREBY ORDERED** that the above-entitled action against Defendant Stephen J. Liotta and "Jane Doe" Liotta, husband and wife and the marital community comprised thereof; Michael B. Shackett and "Jane Doe" Shackett, husband and wife and the marital community comprised thereof; and North Shore General Contractors, Inc., a Washington corporation and Garnishee Columbia State Bank shall be and hereby is dismissed.

DATED this 22nd day of June, 2005.

_____
FRANKLIN D. BURGESS
UNITED STATES DISTRICT JUDGE

NOTICE & ORDER OF VOL DISMISSAL OF GARNISHMENT
PROCEEDINGS - CASE NO. MS05-5010
PAGE 2 OF 4

EKMAN, BOHRER & THULIN, P.S.
QUEEN ANNE SQUARE
220 WEST MERCER ST., SUITE 400
SEATTLE, WASHINGTON 98119
TELEPHONE (206) 282-8221
FAX (206) 285-4587

1
2  Presented by:

3  s/Robert A. Bohrer
   WSBA #5050
   Ekman, Bohrer & Thulin, P.S.
4  220 W. Mercer, Ste. 400
   Seattle, WA  98119
5  Telephone: (206) 282-8221
   Fax: (206) 285-4587
6  E-mail: r.bohrer@ekmanbohrer.com
   Attorney for Plaintiffs
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

NOTICE & ORDER OF VOL DISMISSAL OF GARNISHMENT
PROCEEDINGS - CASE NO. MS05-5010
PAGE 3 OF 4

**EKMAN, BOHRER & THULIN, P.S.**
QUEEN ANNE SQUARE
220 WEST MERCER ST., SUITE 400
SEATTLE, WASHINGTON 98119
TELEPHONE (206) 282-8221
FAX (206) 285-4587

S:\Collections\WWP-3410\Pleadings\2005\North Shore GARN Dismissal.doc

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

NOTICE & ORDER OF VOL DISMISSAL OF GARNISHMENT
PROCEEDINGS - CASE NO. MS05-5010
PAGE 4 OF 4

**EKMAN, BOHRER & THULIN, P.S.**
QUEEN ANNE SQUARE
220 WEST MERCER ST., SUITE 400
SEATTLE, WASHINGTON 98119
TELEPHONE (206) 282-8221
FAX (206) 285-4587